UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN W. H. COX,                                     Civil No. 06-3021 (PJS/JSM)

           Petitioner,

v.                                                              ORDER ADOPTING
                                                      REPORT AND RECOMMENDATION

JOAN FABIAN,

           Respondent.

---

John W. H. Cox, *pro se*.

Thomas R. Ragatz, MINNESOTA ATTORNEY GENERAL'S OFFICE, 445
Minnesota Street, Suite 1800, St. Paul, MN 55101, for respondent.

This matter is before the Court on petitioner John W. H. Cox's objections to the Report

and Recommendation of Magistrate Judge Janie S. Mayeron.  The Court has reviewed the record

de novo, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and adopts the Report

and Recommendation.

Judge Mayeron recommends dismissing Cox's 28 U.S.C. § 2254 petition for habeas relief

as time-barred under 28 U.S.C. § 2244(d).  Cox claims that the state disposed of certain

unspecified legal papers, thus rendering him unable to file his petition before November 15,

2000, the undisputed date upon which the statute of limitations period for Cox to seek federal

habeas relief expired.  Cox does not explain what these papers contained that could possibly

have prevented him from filing his petition for nearly seven years.  The Court agrees with Judge

Mayeron that this case does not present the sort of "extraordinary circumstances" that would

warrant equitable tolling.  *See Jihad v. Hvass*, 267 F.3d 803, 805 (8th Cir. 2001).

ORDER

Based on all the files, records, and proceedings herein, the Court ADOPTS the Report

and Recommendation of the Magistrate Judge [Docket No. 5].  Petitioner's petition for writ of

habeas corpus [Docket No. 1] is DENIED, and this action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September  21,  2006                         s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge